MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br>                     ) <br>     Plaintiff,        ) <br>                     ) <br>    v.           ) <br>                     ) <br> STEVEN GARY HANSEN,     ) <br>                     ) <br>     Defendant.      ) <br>                     ) | No. CR 11-0914 RS <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME BETWEEN DECEMBER 20, 2011 TO JANUARY 17, 2011 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT |

      The defendant, Steven Gary Hansen, represented by Paul DeMeester, and the

government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the

Honorable Richard Seeborg or December 20, 2011 for an initial appearance.  The defendant

asked that the matter be continued to January 17, 2012 for a change of plea or trial setting.  The

defendant agreed to exclude time under 18 U.S.C. § 3161, the Speedy Trial Act.  The Court

ordered the matter be continued to January 17, 2012.

STIPULATION AND [PROPOSED] ORDER
CR 11-0914 RS

The defendant agreed that an exclusion of time is appropriate under the Speedy Trial Act between December 20, 2011 and January 17, 2012 for purposes of continuity of counsel and effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct an investigation, and consult with the defendant. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery, conduct additional investigation, and consult with the defendant, is necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: December 28, 2011

_____
CYNTHIA M. FREY
Assistant United States Attorney

DATED: December 28, 2011

_____
PAUL DEMEESTER
Attorney for STEVEN GARY HANSEN

STIPULATION AND [PROPOSED] ORDER
CR 11-0914 RS                    -2-

The Court finds that failing to exclude the time between December 20, 2011 and January 17, 2012 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 20, 2011 and January 17, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between December 20, 2011 and January 17, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: ___12/28/11_____          _____
                                        HONORABLE RICHARD SEEBORG
                                        United States District Judge