PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman  RE: HANSEN, Steven Gary
U.S. Magistrate Judge

FROM: Roy Saenz, Chief  DOCKET NO.: CR11-0914-RS
U.S. Pretrial Services Officer

DATE: January 10, 2012

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

BRAD T. WILSON    415-436-7511
U.S. PRETRIAL SERVICES OFFICER ASSISTANT    TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**A. The defendant shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒ Other Instructions:

The hearing before me scheduled for 9:30 a.m. on January 17, 2012, is VACATED. Please update me on Ms. Tremain's status after her appointment on January 17, 2012 with her doctor. If her delivery is still scheduled for January 20, 2012, I will sign the bond early on January 18, 2012, and defendant's mother should pick him up from Marshal's custody that morning.

_Bernard Zimmerman_ (signature)    January 10, 2012
JUDICIAL OFFICER    DATE

**Cover Sheet** (02/07/2011)