PAUL F. DeMEESTER (SBN 148578)
SMITH & DeMEESTER
Attorneys at Law
1766A – 18th Street
San Francisco, California 94107
415.861.5304
415.861.2695 (fax)
e-mail: paulfdemeester@msn.com

Attorney for Defendant STEVEN GARY HANSEN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0914 RS |
| Plaintiff, | |
| vs. | |
| STEVEN GARY HANSEN, | |
| Defendant. | |

**STIPULATION REGARDING CONTINUANCE OF SENTENCING**

Both parties hereby request that the sentencing in the above-cited case, presently scheduled for Tuesday, June 12, 2012, at 2:30 p.m., be continued to Tuesday, August 7, 2012, as defense counsel Paul F. DeMeester is currently in jury trial in San Mateo County and is expected to be still in jury trial on June 12, 2012.

1

1 | The parties have conferred with the United States Probation Office as to the
2 | feasibility of the requested future date.
3 | DATED: June 7, 2012.

Respectfully submitted,

_____/s/_____
PAUL F. DeMEESTER
Attorney for Defendant


_____/s/_____
CYNTHIA M. FREY
Assistant United States Attorney


SO ORDERED,        Dated: 6/8/12

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE